No. 871. Progress Development Corp. *v.* Deerfield Park District, 372 U. S. 968;

No. 878. Foreman et ux. *v.* City of Bellefontaine, 373 U. S. 63;

No. 844, Misc. Bent *v.* United States, 373 U. S. 917; and

No. 857, Misc. Spampinato *v.* City of New York et al., 372 U. S. 980. Petitions for rehearing denied.

No. 809. Karpel *v.* California, 372 U. S. 703. Motion to dispense with printing petition for rehearing granted. Petition for rehearing denied.

No. 960. Lucas *v.* State Farm Mutual Automobile Insurance Co. et al., 373 U. S. 922. Petition for rehearing denied. Mr. Justice Douglas took no part in the consideration or decision of this petition.

No. 1182, Misc. Bowie *v.* California. On petition for writ of certiorari to the Supreme Court of California. Petition dismissed pursuant to Rule 60 of the Rules of this Court.

June 14, 1963.

No. ——. Salter et al. *v.* City of Jackson. The petition for stay and dissolution of an injunction issued by a state court submitted to Mr. Justice Black, and by him submitted to the full Court, and after due consideration is denied by the Court. *Robert L. Carter, Jack Young, R. Jess Brown, Jack Greenberg, Derrick A. Bell, William R. Ming* and *Frank D. Reeves* for petitioners. *Thomas H. Watkins* for respondent.